# MedMar Medical LLC

59 Coddington Street Suite 103
Quincy MA 02169

Phone: +1 781 933 9399
Fax +1 (815) 366-7913
E-mail: info@medmarmed.com

3 Baldwin Green Common Suite 303
Woburn, MA 01801

August 1, 2018

**CONFIDENTIAL**

Jane Peachy
Asst Public Defender
District of Massachusetts
Boston, MA 02210

Dear Ms. Peachy:

With regard to your request for detailing the medical services rendered to Carmen Polito (dob: 07/18/82), we wish to advise you that we have seen this patient once on March 16, 2017, for assessment of his previously diagnosed, medical conditions of PTSD, Generalized Anxiety Disorder, and Depression, which were diagnosed and treated by others over a period of several years. He expressed to us that the symptomatology he experiences is related to these conditions and that he believes that they were debilitating and seriously limited his daily life activities.

Mr. Polito requested from us the right to legally self-medicate with medical marijuana according to the laws enacted by the Commonwealth of Massachusetts. We reviewed his medical records, examined him at each office visit, and reviewed his records at the Prescription Monitoring Program of the DPH. We determined that in our medical judgment that his chronic medical condition satisfied the requirements under Massachusetts law for certification and for the issuance by the state, of a Commonwealth of Massachusetts Medical Marijuana license, permitting him to possess and use cannabis for medical purposes.

His cannabis license expired on March 15, 2018. He never returned for renewal.

Very truly yours,

Israel M. Stein, M.D.
MA License # 33623